47 A.3d 1175

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jamel BAILEY, Petitioner.**

**No. 17 EM 2012.**

Supreme Court of Pennsylvania.

July 6, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of July, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel of record is directed to file a Petition for Allowance of Appeal within 30 days of this order. *Cf.* Pa.R.Crim.P. 120(B) ("[c]ounsel for a defendant may not withdraw his or her appearance except by leave of court.")